No. 00–1072. EDELMAN *v.* LYNCHBURG COLLEGE. C. A. 4th Cir. [Certiorari granted, 533 U. S. 928.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 00–1089. TOYOTA MOTOR MANUFACTURING, KENTUCKY, INC. *v.* WILLIAMS. C. A. 6th Cir. [Certiorari granted, 532 U. S. 970.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 00–1187. MCKUNE, WARDEN, ET AL. *v.* LILE. C. A. 10th Cir. [Certiorari granted, 532 U. S. 1018.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 00–1214. ALABAMA *v.* SHELTON. Sup. Ct. Ala. [Certiorari granted, 532 U. S. 1018.] Motion of Texas et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted.

No. 00–1249. THOMAS ET AL. *v.* CHICAGO PARK DISTRICT. C. A. 7th Cir. [Certiorari granted, 532 U. S. 1051.] Motion of International City-County Management Association et al. for leave to file a brief as *amici curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 00–1307. MASSANARI, ACTING COMMISSIONER OF SOCIAL SECURITY *v.* SIGMON COAL CO., INC., ET AL. C. A. 4th Cir. [Certiorari granted *sub nom. Halter* v. *Sigmon Coal Co., Inc.,* 532 U. S. 993.] Motion of the Solicitor General for divided argument and to allow United Mine Workers of America Combined Fund leave to participate in oral argument as *amicus curiae* granted.

No. 00–1531. VERIZON MARYLAND INC. *v.* PUBLIC SERVICE COMMISSION OF MARYLAND ET AL.; and
No. 00–1711. UNITED STATES *v.* PUBLIC SERVICE COMMISSION OF MARYLAND ET AL. C. A. 4th Cir. [Certiorari granted, 533 U. S. 928.] Motion of Verizon Maryland Inc. to dispense with printing the joint appendix granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.